Marion Moore, Appellant, v. R. T. Boozer, Chairman, A. F. Rumph, T. W. Getzen, G. W. Green and A. R. Moore, members constituting Board of County Commissioners, Columbia County, Florida, Appellees.

In Banc.

Appeal from Circuit Court, Columbia county; Bascom H. Palmer, Judge.

A. J. Henry for appellant.

Roberson & Small and T. B. Oliver for appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*